# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, CHARITY FUND, ET AL.,
*Plaintiff*

                V.                  SUMMONS IN A CIVIL CASE

DARKEN ARCHITECTURAL WOODWORK
INSTALLATION, LLC, ET AL.,
*Defendant*

CASE NUMBER: 2:11-CV-04611-DMC -MF

TO: *(Name and address of Defendant):*

DARKEN ARCHITECTURAL WOODWORK INSTALLATIONS, LLC
601 Lehigh Avenue
Union, New Jersey 07083

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Virginia & Ambinder, LLP
                111 Broadway, Suite 1403
                New York, New York 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK

**LEROY DUNBAR**

(By) DEPUTY CLERK



ISSUED ON 2011-08-11 11:11:29.0, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 8-18-11 |
| NAME OF SERVER (PRINT) Jerry DiModica | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Dieter Eckert, managing agent authorized to accept service

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-18-11
            Date

Signature of Server: Jerry DiModica

Address of Server: DGR 1359- Littleton Rd Morris Plains, NJ