**Avram E. Frisch, Esq. (AF-0187)**
**The Law Office of Avram E. Frisch LLC**
4 Forest Avenue – Second Floor
Paramus, NJ 07652
(201) 289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, CHARITY FUND and THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION, | : | Civil Action No. 2:11-cv-04611-DMC - MF |
| Plaintiffs | : | **JURY DEMAND** |
| V. | : | |
| DARKEN ARCHITECTURAL WOODWORK INSTALLATION, LLC, METROPOLITAN ARCHITECTURAL WOODWORK, LLC and DARREN COMMANDER | : | |
| Defendants/ Third Party Plaintiffs | : | |
| V. | : | |
| SHARON LOGUIDICE, ERIC LOGUIDICE AND KENNETH SKERIANZ | | |
| Third Party Defendants | | |

# JURY DEMAND

Pursuant to Rule 38(b), Defendants hereby demand a jury trial on all issues so triable.

|  |  |
|---|---|
| Dated: November 17, 2011<br>Paramus, New Jersey | THE LAW OFFICE OF AVRAM E. FRISCH LLC,<br>*Attorney for Defendant*<br><br>By: _____<br>Avram E. Frisch, Esq.<br>4 Forest Avenue – Second Floor<br>Paramus, New Jersey 07652<br>201-289-5352<br>Fax: 201-443-1339<br>Email: frischa@avifrischlaw.com |